UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

**FILED**

MAY 21 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# INTEROFFICE MEMORANDUM

**TO:** Shani Furstenau, Courtroom Clerk
of the Honorable Garland E. Burrell, Jr.

**FROM:** Jeffrey C. Oestreicher
United States Probation Officer

**DATE:** May 21, 2009

**SUBJECT:** DING, Zhi
Docket Number: 2:08CR00543-02
**JUDGMENT AND SENTENCING CONTINUANCE**

---

The above matter is scheduled for judgment and sentencing on June 26, 2009. The U.S. Probation Officer will be unavailable on that date, due to a training conference. All parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | *July 10, 2009 @ 9:00 AM* |
| Reply, or Statement of Non-Opposition | *July 2, 2009* |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | *June 26, 2009* |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | *June 19, 2009* |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | *June 12, 2009* |
| The proposed Presentence Report shall be disclosed to counsel no later than: | *Previously Disclosed May 15, 2009* |

**Reviewed by:** _____
LINDA L. ALGER
**Supervising United States Probation Officer**

cc: Michael Beckwith, Assistant United States Attorney
Michael Long, Defense Counsel

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (GEB).MRG